```
LAW OFFICES OF MARK S. NELSON
MARK S. NELSON, ESQ., CSB #131218
ANGELICA J. ANGUIANO, ESQ., CSB #289414
DEREK L. CASEY, ESQ., CSB #313309
215 McHenry Avenue
Modesto, CA 95354
Telephone:  (209) 529-6055
Facsimile:   (209) 529-6061
```

Attorney for Debtor(s),
Walsh, John and Brianne

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 17-90001 |
| | Chapter 13 Proceeding |
| JOHN ALBRO WALSH III | D.C. No.: MSN-002 |
| BRIANNE ELIZABETH WALSH | |
| Debtor(s). | |

### EX PARTE MOTION TO REOPEN CHAPTER 13 BANKRUPTCY CASE TO FILE 11 U.S.C. §1328 CERTIFICATE

Debtors, John and Brianne Walsh, by and through their attorney of record, Mark S. Nelson, hereby moves the Court for an Order Ex Parte reopening Debtors' bankruptcy case to file their 11 U.S.C. §1328 Certificate.

The Ex Parte Motion is premised on the following:

1. Debtors' filed their Voluntary Chapter 13 Bankruptcy Petition on January 3, 2017.

2. Debtors made all payments that came due pursuant to their Chapter 13 Plan.

3. On September 18, 2019, the Chapter 13 Trustee filed the Notice to Debtor of Completed Plan Payments and of Obligation to File Documents.

4. Due to an oversight by Debtors' attorney's office, Debtors' 11 U.S.C. §1328 Certificate (Form EDC 3-190) was not timely filed with the Court.

1  5. On January 28, 2020, the Court entered an Order to Close Chapter 13 Case Without Discharge. It was at this time that it was discovered the unintentional error that Debtors' 11 U.S.C. §1328 Certificate (Form EDC 3-190) was not filed with the Court.

6. Debtors now move the Court for an Order to Reopen their case to file the required Certificate, pursuant to 11 U.S.C. §350(b) which provides that "[a] case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

7. Debtors also request that the Court enter their Discharge once the required 11 U.S.C. §1328 Certificate (Form EDC 3-190) is filed with the Court.

Wherefore, having fully set forth their Motion to Reopen Case, Debtors pray that the Court inquire into the allegations hereof;

The case be reopened to allow for the filing of Debtors' 11 U.S.C. §1328 Certificate (Form EDC 3-190); and

Debtors, John and Brianne Walsh, case be closed with entry of a Chapter 13 Discharge; and as such other and further relief as the Court deems necessary and proper.

Law Offices of Mark S. Nelson

Dated: January 30, 2020

/S/ MARK S. NELSON
MARK S. NELSON, ESQ.
Attorney for Debtors.